FIRST DEPARTMENT, JUNE, 1968

(June 27, 1968)*

In the Matter of SIDNEY FELBER.— Motion for reinstatement denied.   Concur
— Steuer, J. P., Capozzoli, Tilzer, McGivern and Rabin, JJ.

* Not published with other decisions of June 27, 1968, 30 A D 2d 658—[Rep.